UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN M. VALDIVIA CRUZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of the Social Security Administration,**<br><br>          Defendant. | Case No. SACV 13-1617 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

August 11, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge